# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 10/18/2024 |
| Case: 24−20992 | Form ID: 309I | Total: 50 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Craig A. Huntley | 62 Willington Ave | Stafford Springs, CT 06076 | | |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302 | New Haven, CT 06510 |
| tr | Roberta Napolitano | Chapter 13 Trustee | 10 Columbus Boulevard | Ste 6th Floor | Hartford, CT 06106 |
| aty | Gregory F. Arcaro | Grafstein & Arcaro LLC | 114 West Main Street | Suite 105 | New Britain, CT 06051 |
| 9524931 | AmTrust Financial | Attn: President/CEO | 800 Superior Avenue E | Cleveland, OH 44114 | |
| 9524932 | Atlas Distributing | Attn: President/CEO | 44 Southbridge Street | Auburn, MA 01501 | |
| 9524933 | C and K Holland, LLC | 16 Holland Road | Wales, MA 01081 | | |
| 9524934 | Capital One | Attn: President/CEO | Po Box 30285 | Salt Lake City, UT 84130 | |
| 9524935 | Cebula Electronics Corp | dba Alarm Works | Attn: President/CeO | 637 Front Street | Chicopee, MA 01013 |
| 9524936 | Chase Building Supply of CT | Attn: President/CEO | PO Box 489 | Woodstock, CT 06281 | |
| 9524937 | Coast Professional, Inc. | Attn: President/CEO | P.O. Box 246 | Geneseo, NY 14454 | |
| 9524938 | Commercial Distributing Co. In | Attn: President/CEO | 46 S Broad Street | Westfield, MA 01085 | |
| 9524939 | Corporation Service Company | Attn: President/ CEO | P.O. Box 2576 | Springfield, IL 62708 | |
| 9524940 | Country Bank | Attn: President/CEO | 15 South St. | Suite C | Florence, MA 01062 |
| 9524941 | Dave's Pest Control | Attn: President/CEO | 113 Main Street | Unit #5 | Sturbridge, MA 01566 |
| 9524942 | David Galotto | 12 Magauran Drive | Stafford Springs, CT 06076 | | |
| 9524943 | Dubrey, Culliton & Steglitz LL | Attn: President/CEO | 139 Main Street | Sturbridge, MA 01566 | |
| 9524944 | Estate of Jon Kirchner | Suzanne Kirchner | 158 Allen Hill Road | Brooklyn, CT 06234 | |
| 9524945 | Fire Equipment Incorporated | Attn: President/CeO | 62 Gold Street | Agawam, MA 01001 | |
| 9524946 | First Insurance Funding | Attn: President/CEO | 450 Skokie Blvd | Suite 100 | Northbrook, IL 60062 |
| 9524947 | Forward Financing | Attn: President/CEO | 53 State Street | Suite 20 | Boston, MA 02109 |
| 9524948 | Gabriel & Ruth Benet | 33 Furnace Hollow Road | Stafford Springs, CT 06076 | | |
| 9524949 | Heigerson's Excavation | Attn: President/CEO | 79 Bay Path Road | Charlton, MA 01507 | |
| 9524950 | HoodPros, Inc. | Attn: President/CEO | 82 Bonneville Ave | Chicopee, MA 01013 | |
| 9524951 | Horizon Beverages | Attn: President/CEO | 485 Holyoke St. | Bldg 2 Suite 3 | Ludlow, MA 01056 |
| 9524952 | Kapa Food Supply | Attn: President/CEO | PO Box 916 | Webster, MA 01570−1000 | |
| 9524953 | KeyBank NA | Attn: President/ CEO | P.O. Box 93885 | Cleveland, OH 44101−5885 | |
| 9524954 | Keybank National Association | Attn: President/CEO | P.O. Box 74788 | Cleveland, OH 44194 | |
| 9524955 | Lendr Online, LLC | Attn: President/CEO | 670 N Clark Street | Suite 200 | Chicago, IL 60654 |
| 9524956 | LightSpeed | Attn President/CEO | 700 St−Antoine Est, Suite 300 | Montreal, Quebec,Canada H2Y1A6 | |
| 9524957 | Martignetti Exchange | Attn: President/CEO | 500 John Hancock Road | Taunton, MA 02780 | |
| 9524958 | Martin Shomstein | 470 Goldenrod Avenue | Apt R2 | Bridgeport, CT 06606 | |
| 9524959 | Massachusetts Dept. of Revenue | Attn: Revenue Collector | Po Box 7089 | Boston, MA 02204 | |
| 9524960 | National Grid | Attn: President/CEO | PO Box 371396 | Pittsburgh, PA 15250 | |
| 9524961 | Newrez c/o PHH Mortgage Servic | Attn: President/CEO | PO Box 24738 | West Palm Beach, FL 33416 | |
| 9524962 | Peoples Bank | Attn: President/CEO | 330 Whitney Avenue | Holyoke, MA 01040 | |
| 9524963 | Phoenix Environmental lab, Inc | Attn: President/CEO | 587 E. Middle Turnpike Box 370 | Manchester, CT 06045 | |
| 9524964 | Quality Beverage | Attn: President/CEO | 880 Burnett Road | Chicopee, MA 01020 | |
| 9524965 | Spectrum Cable | Attn: President/CEP | 591 Memorial Drive | Suite M | Chicopee, MA 01020 |
| 9524966 | Starkweather & Shepley Ins. | Brokerage, Inc. | Attn: President/CEO | PO Box 549 | Providence, RI 02901 |
| 9524967 | Synchrony/PayPal Credit | Attn: President/CEO | Po Box 965064 | Orlando, FL 32896 | |
| 9524968 | Sysco Connecticut, LLC | Attn: President/CEO | PO Box 4003 | Rocky Hill, CT 06067 | |
| 9524972 | TMS Cleaning Services, LLC | Attn: President/CEO | PO Box 3308 | Worcester, MA 01613 | |
| 9524969 | Tasse/Crowley Fuel Corp | Attn: President/CEO | 37 Hook Street | Southbridge, MA 01550 | |
| 9524970 | Tech24 | Attn: President/CEO | PO box 821360 | Philadelphia, PA 19182 | |
| 9524971 | Thomsen Foodservice | Attn: President/CEO | 141 Narragansett Park Drive | Rumford, RI 02916 | |
| 9524973 | Unifirst Corporation | Attn: President/CEO | PO Box 650481 | Dallas, TX 75265 | |
| 9524974 | Valor, LLC | 62 Willington Ave | Stafford Springs, CT 06076−1637 | | |
| 9524975 | Vernon L. Jackson | 39 Fiske Hill Road | Sturbridge, MA 01566 | | |
| 9524976 | Wales Irish Pub, Inc. | 16 Holland Road | Wales, MA 01081 | | |

TOTAL: 50